NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WAREHOUSE SOLUTIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED LOGISTICS, LLC, et al,<br><br>Defendants. | Civil Action No.: 09-cv-5771 (JLL)<br><br>**ORDER** |

This matter comes before the Court on Defendants' motion to dismiss for lack of jurisdiction, or in the alternative, to transfer venue to the Northern District of Georgia. On May 19, 2011, Magistrate Judge Claire C. Cecchi issued a Report and Recommendation that this matter be transferred to the Northern District of Georgia. No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Cecchi's Report and Recommendation dated May 19, 2011, and for substantially the same reasons stated therein,

**IT IS** on this 21st day of June, 2011

**ORDERED** that this Court adopts Judge Cecchi's May 19, 2011 Report and Recommendation and thus transfers this matter to the United States District Court, Northern District of Georgia.

**SO ORDERED.**

/s/ Jose L. Linares
JOSE L. LINARES
U.S. DISTRICT JUDGE